**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shawn Brian ELTRINGHAM,
Jr., Defendant–Appellant.**

No. 12–30402.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 18, 2013.

Paulette Lynn Stewart, Assistant U.S., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Palmer A. Hoovestal, Hoovestal Law Firm, PLLC, Helena, MT, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Shawn Brian Eltringham, Jr., appeals from the district court's judgment and challenges his guilty-plea conviction and 24–month sentence for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a), (b)(1)(C). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Eltringham's counsel has filed a brief stating that there are no grounds for relief. We have provided Eltringham the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Eltringham's request for a remand is denied. *See United States v. Ruiz*, 536 U.S. 622, 633, 122 S.Ct. 2450, 153 L.Ed.2d 586 (2002) ("[T]he Constitution does not require the Government to disclose material impeachment evidence prior to entering a plea agreement with a criminal defendant.").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

